# NO. 12-15-00200-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *WILLIAM ROBERT PARKER,* *APPELLANT* | § | *APPEAL FROM THE 123RD* |
| *V.* | | |
| | § | *JUDICIAL DISTRICT COURT* |
| *JESSICA DANIELLE PARKER,* *NACOGDOCHES MEMORIAL* *HOSPITAL AND WATERTON* *REHABILITATION CENTER,* *APPELLEES* | § | *SHELBY COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

In this *pro se* appeal, Appellant has filed a notice stating that he has withdrawn the appeal. We construe the notice as a motion to dismiss the appeal. Accordingly, we ***grant*** Appellant's motion and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered September 30, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### SEPTEMBER 30, 2015

### NO. 12-15-00200-CV

**WILLIAM ROBERT PARKER,**
Appellant
V.
**JESSICA DANIELLE PARKER, NACOGDOCHES MEMORIAL HOSPITAL AND
WATERTON REHABILITATION CENTER,**
Appellee

Appeal from the 123rd District Court

of Shelby County, Texas (Tr.Ct.No. 14-CV-32,860)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*